# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JAMES HARMON, III,**

    Petitioner,

**vs.**                                                    **CASE NO. 1:09CV189-MMP/AK**

**MARTHA HUMPHRIES,**

    Respondent.

_____/

## **ORDER**

This cause is before the Court on Petitioner's motion for extension of time to submit the filing fee. Doc. 6. The filing fee has been paid, Doc. 5, and therefore, the instant motion is **MOOT**.

**DONE AND ORDERED** this _28th_ day of October, 2009.

                                        *s/ A. KORNBLUM*
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**